NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-690

EDWARD MIRE, JR.

VERSUS

THOMAS E. GUILBEAU

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2003-0525B
HONORABLE JULES D. EDWARDS, III, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth
A. Pickett, Judges.

Woodard, J., concurs with written reasons.

AFFIRMED.

Edward Mire, Jr.
David Wade Correction Center
670 Bell Hill Road, N-5-D
Homer, LA 71040
Appellant/Pro Se

Lee Andrew Gallaspy
106 W. Congress Street
Lafayette, LA 70501
(337) 237-4425
Counsel for Defendant/Appellee
      Thomas E. Guilbeau